FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ OCT ... 2006 ★

BROOKLYN OFFICE

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-------------------------------------------X
UNITED STATES OF AMERICA

        -V-

NESTOR NAJERA-TREJO

-------------------------------------------X
ROSS, U.S.D.J.

DISMISSAL OF INDICTMENT

CASE NUMBER 06 CR 98 (ARR)

IT IS HEREBY ADJUDGED that the indictment is dismissed with prejudice.

_____
Signature of Judge

Allyne Ross USDJ
Name and Title of Judge

9/27/06
Date